United States District Court
For The District of Oregon

CODY MAYNARD,
          Plaintiff,

                                        Civil Action No. (Clerk To Supply)

v.

UNKNOWN CORRECTIONAL OFFICER A;
UNKNOWN CORRECTIONAL OFFICER B;
MR CHAPMAN, CORRECTIONAL OFFICER FCT SHERIDAN
          Defendants.

3:20-cv-691-MK

CIVIL COMPLAINT

Now Comes the Plaintiff, CODY MAYNARD, respectfully before this Honorable Court. Plaintiff commences this civil action by way of complaint against defendants in their individual capacities pursuant to Farmer v. Brennan, 511 U.S. 825, 833 (1994) In support thereof, plaintiff offers the following particulars:

1. On June 4, 2019, plaintiff was at FCT-Sheridan, in the state of Oregon as a federal prisoner. Plaintiff was housed in the Special Housing Unit ("SHU") because his roommate in general population was found with prohibited narcotic substances in his possession or in a common area of the cell. At that time, plaintiff was classified as a transgender in the Federal Bureau of Prisons ("BoP") central database SENTRY because plaintiff's wife and codefendant in his criminal case is a transgender. Defendants unknown officer A and unknown officer B intentionally placed plaintiff in SHU recreation cage no. 1 with anti-homosexual white supremacist Arizon gang members, namely two active Nazi Low Riders ("NLR") who immediately began assaulting plaintiff with punches, kicks, knees, and elbows to plaintiff's head and body while calling plaintiff a "faggot, tranny, and sex offender." Plaintiff observed defendant A stand at the cage watching for about two minutes taking no action whatsoever to stop the beating.

2. Only after defendant Chapman (filling the air with yells) begged the two attackers to stop hitting plaintiff, did the other officer assist in stopping the beating. The two NLR prisoners thanked defendant A for allowing them to be place in the cage with plaintiff to execute the beating. Plaintiff was subsequently designated to USP Florence Colorado, where he was subjected to a similar beating before his current designation.

## Relief Requested

Plaintiff seeks to recover $130,000. oo from each defendant in their individual capacities for the above stated deliberate indifference in violation of the VIII Amendment.

## Conclusion

WHEREFORE plaintiff prays to prevail against the defendants herein for the foregoing reasons.

Respectfully Submitted,

Date:

x

COSY MAYNARD
#
USP Lee

Cody Maynard 80532-065
Lee USP
P O Box 305
Jonesville VA 24263

Legal Mail

Legal Mail

Wayne Lyman U.S Courthouse
405 East eighth Avenue
Room 2100
Eugene OR 97401-2705

