FILED 31 AUG '21 13:18 USDC-ORE

In the Court of Common Pleas

District of oRegon

~~Ntey~~

Plaintiff                          :    Case NO  3:20-cv-00691-Mk

Cody Maynard                  ;

V

MRS chapman               ;

LT  cisneros                     |

R. Martin                          |


Comes Now the Defendant in Propria Persono


AS to the reason as how my rights were violated
By MRS chapman, LT cisneros, an R. Martin
all three were made aware of Cody Maynard being
Transgender an was only to Be house in a cell with
another LGBTQ inmate. these follow In
officer failed to protect me By place me in
a recretion cage with 2 active white Gang
members I am use Farmer V Brennan (511 U.S 825,(1994)
as a reference cence the Correctional officer knew
or should have known I would Be in danger
I was forced to attend recreation when
officer came to the door instruct us to
get up we are going to rec Becouse we stay
up all night an sleep all day after the Assult
accured MRS chapman stood outside rec case
shout Step hitting them Please stop hitting them
she did not use OC spray I was
handcuffed taken to medical an return to my
cell I recieve sever Pain in my Kidney an

Back I report to LT cisnero of my Injury an he refused to call medical an when I sisn up for sick call medical never came to see mean did nothiny I was realesed Back onto the compound Filed a BP-9 Grievence ten days after words I was transfer to USP Floraiice an have been to 3 seperw United States penitentary Sence an have suffered severe/ mental trauma due te ceiny housed in United States penitentary an Beiny Forced to Be violent te protect myself an have te hide what I an so as I am not Killed or sexualy assulted


where For
This honoradle court is urged to rule in my Favor the Foregoiny argunent and authorities demonstriy it is constitutionaly Infivm

respectfully

Cody Maynard

08/16/21